IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 17-cv-00848-DME-NYW

AMANDA BRIE TILTSCHER,

    Plaintiff,

v.

SEAN DONOVAN,
JUSTIN CREWSE,
CITY OF LAKEWOOD, and
MOISES ARELLANO,

    Defendants.

---

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 20] entered by the Honorable David M. Ebel on August 1, 2017, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED with prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Sean Donovan, Justin Crewse, City of Lakewood, and Moises Arellano and against Plaintiff Amanda Brie Tiltscher. It is

FURTHER ORDERED that Defendants Sean Donovan, Justin Crewse, City of Lakewood, and Moises Arellano shall have their costs by the filing of a Bill of Costs with

the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  2nd  day of August, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk

2